UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 23-MJ-02750-TORRES

United States of America
   Plaintiff,

v.

COREY ALSTON,
   Defendant.
_____/

### ORDER OF REMOVAL

It appearing that in the **MIDDLE DISTRICT OF FLORIDA**, an Indictment was filed against the above-named defendant on a charge of **DIST-M/FL/WARR/IND/CONSPIRACY TO DEFRAUD THE UNITED STATES**, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Edwin G. Torres at Miami, Florida, which officially committed the defendant for removal to the **MIDDLE DISTRICT OF FLORIDA**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge Edwin G. Torres for removal and posted bail in the amount of $ _100,000 psb_ which was approved by the United States Magistrate Judge Edwin G. Torres, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Miami, Florida on 4/18/2023.

_____
Edwin G. Torres
United States Chief Magistrate Judge

(Revised 03/2020)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND: _____

CASE NO.: 23-mj-02750-Torres

UNITED STATES OF AMERICA:

    Plaintiff,

v.                                          USM #: _____

    Defendant,

Corey Alston                             /

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ 100,000 Personal Surety Bond

## STANDARD CONDITIONS OF BOND

**The conditions of this bond are that the defendant:**

    1. Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

    2. May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel. The Southern District of Florida consists of the following counties: Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie.

    3. May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

    4. Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

    5. Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

DEFENDANT: C. Alston
CASE NUMBER: 23-mj-02750-Torres
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

✓ a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case;

✓ b. Report to Pretrial Services as follows: (✓) as directed or ___ time(s) a week in person and ___ time(s) a week by telephone;

___ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ d. Refrain from ___ excessive OR ___ abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

___ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

✓ f. Employment restriction(s): **no billing to federal health care program; no access to PII of others.**

___ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

___ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.;

___ j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

___ k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

___ l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court;

___ m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.;

___ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

__ o. **LOCATION MONITORING PROGRAM:** The defendant shall be monitored by the form of location monitoring and shall abide by all technology requirements as noted below, as well as contribute to the costs of services rendered based on ( ) ability to pay as determined by the U.S. Probation Officer – or – ( ) paid by U.S. Probation;

  __ Location monitoring technology at the discretion of the officer

  __ Radio Frequency (RF) monitoring (Electronic Monitoring)

  __ Active GPS Monitoring

  __ Voice Recognition

  __ Curfew: You are restricted to your residence every day from_____ to_____, or as directed by the supervising officer.

**OR**

  __ Home Detention: You are restricted to your residence at all times except for:
   ( ) medical
   ( ) substance abuse or mental health treatment
   ( ) court appearances
   ( ) attorney visits or court ordered obligations
   ( ) religious services
   ( ) employment
   ( ) other activities as pre-approved by the supervising officer

— p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by ( )Pretrial Services or ( ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:
   ( ) employment
   ( ) education
   ( ) religious services
   ( ) medical, substance abuse, or mental health treatment
   ( ) attorney visits
   ( ) court appearances
   ( ) court ordered obligations
   ( ) reporting to Pretrial Services
   ( ) other _____

__ q. Third-Party Custody: _____will serve as a third party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

— r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

DEFENDANT: C. Alston
CASE NUMBER: 23-mj-02750-Torres
PAGE FOUR

___ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

___ t. Additional Sex Offense Conditions For Defendants Charged or Convicted of a Sexual Offense:
   1. ( ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
   2. ( ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
   3. ( ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
   4. ( ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
   5. ( ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
   6. ( ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
   7. ( ) The defendant shall not be involved in any children's or youth organizations.
   8. ( ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
   9. ( ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

✓ u. May travel to and from: **MDFL + SDFL**, and must notify Pretrial Services of travel plans before leaving and upon return.

✓ v. Comply with the following additional conditions of bond: maintain address stated on the record

DEFENDANT: C. Alston
CASE NUMBER: 23-mj-02750-Torres
PAGE FIVE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT: C. Alston
CASE NUMBER: 23-mj-02750-Torres
PAGE SIX

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 18 day of April, 2023 at Miami, Florida
Signed and acknowledged before me:
WITNESS: Kate Taylor
DEFENDANT: (Signature) X [signature]
City: Fort Lauderdale   State: FL
City: Miami   State: FL

### CORPORATE SURETY

Signed this ___ day of _____, 20___ at _____, Florida
SURETY: _____
AGENT: (Signature) _____
PRINT NAME: _____
City: _____   State: _____

### INDIVIDUAL SURETIES

Signed this 18 day of April, 2023 at Miami, Florida
SURETY: (Signature) X [signature]
PRINT NAME: Zienja Duke
RELATIONSHIP TO DEFENDANT: Spouse
City: Fort Lauderdale   State: FL

Signed this ___ day of _____, 20___ at _____, Florida
SURETY: (Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____
City: _____   State: _____

Signed this ___ day of _____, 20___ at _____, Florida
SURETY: (Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____
City: _____   State: _____

Signed this ___ day of _____, 20___ at _____, Florida
SURETY: (Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____
City: _____   State: _____

Date: 4/18/2023

APPROVAL BY THE COURT
_____
CHIEF UNITED STATES MAGISTRATE JUDGE
EDWIN G. TORRES

# MINUTE ORDER

Page 10

## Chief Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**     Date: 4/18/2023    Time: 2:00 p.m.

| | |
|---|---|
| Defendant: COREY ALSTON | J#:     Case #: 23-MJ-02750-TORRES |
| AUSA: Dayron Silverio | Attorney: Kate Taylor |
| Violation: DIST-M/FL/WARR/IND/CONSPIRACY TO DEFRAUD THE UNITED STATES | Surr/Arrest Date: 4/18/2023    YOB: 1977 |
| Proceeding: Initial Appearance | CJA Appt: |
| Bond/PTD Held: ☐ Yes ☐ No | Recommended Bond: |
| Bond Set: $100,000 personal surety | Co-signed by: Wife within 24 hours |

- ☒ **Surrender and/or do not obtain passports/travel docs**
- ☒ **Report to PTS as directed**/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
- ☐ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☒ **Not to bill or cause billing to Medicare**
- ☒ **Not to have access or possess PII of others**
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☒ **Travel extended to: SD/FL & MD/FL for court appearances**
- ☒ **Other: Maintain residence at address stated on the record**

Language: English

**Disposition:**

Defendant sworn – **AFPD APPOINTED**

The Court ADOPTS the STIPULATED bond. **DEFENDANT RELEASED**

Defendant WAIVES removal and is ordered removed to the MD/FL

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 14:33:48     Time in Court: 10

s/Edwin G. Torres     Chief Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 23-MJ-02750-TORRES

United States of America
    Plaintiff,
v.

Charging District's Case No. 5:23-CR-39-GAP

COREY ALSTON,
    Defendant.
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **MIDDLE DISTRICT OF FLORIDA.**

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☑ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 4/18/2023

x _____
Defendant's Signature

_____
Edwin G. Torres
United States Chief Magistrate Judge

Query   Reports   Utilities   Help   What's New   Log Out

BNDDUTY

# U.S. District Court
## Southern District of Florida (Miami)
### CRIMINAL DOCKET FOR CASE #: 1:23-mj-02750-EGT-1

| | |
|---|---|
| Case title: USA v. Alston | Date Filed: 04/18/2023 |
| | Date Terminated: 04/19/2023 |

Assigned to: Ch. Magistrate Judge Edwin G. Torres

**Defendant (1)**

| | | |
|---|---|---|
| **Corey Alston**<br>54744-510<br>*ENGLISH YOB 1977*<br>*TERMINATED: 04/19/2023* | represented by | **Noticing FPD-MIA**<br>305-530-7000<br>Email: MIA_ECF@FD.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| WARRANT/INDICTMENT/MDFL/CONSPIRACY TO DEFRAUD THE UNITED STATES AND TO PURCHASE, SELL AND DISTRIBUTE MEDICARE BENEFICIARY IDENTIFICATION NUMBERS | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Noticing AUSA CR TP/SR**<br>Email: Usafls.transferprob@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2023 | 1 | Magistrate Judge Removal of Indictment from Middle District of Florida Case number in the other District 5:23-cr-39-GAP-PRL as to Corey Alston (1). (dgj) (Entered: 04/18/2023) |
| 04/18/2023 | 2 | Minute Order for proceedings held before Ch. Magistrate Judge Edwin G. Torres: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Corey Alston held on 4/18/2023. Bond recommendation set: Corey Alston (1) Stipulated $100K PSB. Date of Arrest or Surrender: 4/18/23. Defendant waived removal and ordered removed to the Middle District of Florida. Attorney added: Noticing FPD-MIA for Corey Alston (Digital 14:33:48) Signed by Ch. Magistrate Judge Edwin G. Torres on 4/18/2023. (sl) (Entered: 04/19/2023) |
| 04/18/2023 | 3 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Corey Alston (sl) (Entered: 04/19/2023) |
| 04/19/2023 | 4 | $100,000 PSB Bond Entered as to Corey Alston Approved by Ch. Magistrate Judge Edwin G. Torres. *Please see bond image for conditions of release.* (fbn) (Additional attachment(s) added on 4/19/2023: # 1 Restricted Bond with 7th Page) (fbn). (Entered: 04/19/2023) |
| 04/19/2023 | 5 | ORDER OF REMOVAL ISSUED to District of Middle District of Florida as to Corey Alston. Closing Case for Defendant. Signed by Ch. Magistrate Judge Edwin G. Torres on 4/18/2023. *See attached document for full details.* (fbn) (Entered: 04/19/2023) |
| 04/19/2023 | 6 | Notice of Criminal Transfer to Middle District of Florida of a Rule 5 or Rule 32 Initial Appearance as to Corey Alston. Your case number is: 5:23-cr-39-GAP-PRL. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305-523-5210. <u>Attention Receiving Court</u>: *If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (fbn) (Entered: 04/19/2023) |