UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 5:23-cr-00039-GAP-PRL

LATRESIA WILSON and
COREY ALSTON

**SUPPLEMENTAL NOTICE REGARDING TRIAL SCHEDULE**

COMES NOW, the United States of America, through undersigned counsel, and hereby files this Notice on behalf of the parties:

1. On December 12, 2023, the Court granted a Motion to Continue Trial as to Defendants Latresia Wilson and Corey Alston. ECF 74. In that Order, the Court instructed the parties to confer regarding the estimated length of trial and dates in March and April 2024 in which all counsel are available for trial. *Id.* The parties filed a notice regarding trial schedule on December 18, 2023, indicating they anticipated a two-week trial and stating that all parties were available April 15 to 24, 2024. ECF 76.

2. On December 20, 2023, the Court indicated it was not available for the two-week window starting April 15, 2024, and directed the parties to file a supplemental notice of selection of trial dates during which the Court is available. ECF 77.

3. The parties have conferred, and all parties are available for trial for the two-week period July 8 to July 19, 2024. The parties respectfully request the Court set trial for that two-week period.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

Dated: January 2, 2024     By:     /s D. Keith Clouser
D. Keith Clouser
Trial Attorney
FLORIDA SPECIAL BAR NO. A5502882
1400 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 256-0867
E-mail: David.Clouser@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing Notice Regarding Trial Schedule with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, this the 2nd day of January, 2024.

/s/ *D. Keith Clouser*
D. Keith Clouser